ORDERED.

Dated: April 29, 2016

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:   Case No.:8:16-bk-01503-CPM

CHERYL M. KOLKOWSKI,,   Chapter 7

_____ Debtor(s). _____/

**ORDER GRANTING**
**MOTION FOR RELIEF FROM STAY**

This case is before the Court upon the Motion for Relief from Stay [D.E. 7], filed by creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC, and hereinafter referred to as "Movant". No appropriate response having been filed in accordance with Local Rule 2002-4, it is:

ORDERED:

1.   The Motion is GRANTED.

2.   The automatic stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may proceed with the enforcement of its security interest upon the following property:

**REAL PROPERTY AT 6272 ALDERWOOD STREET, SPRING HILL, FL 34606, AND MORE ACCURATELY DESCRIBED BY ITS LEGAL DESCRIPTION WHICH IS:**

1

LOT 1, BLOCK 41, SPRING HILL UNIT 1, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 7, PAGES 53 THROUGH 64, INCLUSIVE, OF THE PUBLIC RECORDS OF HERNANDO COUNTY, FLORIDA.

3. The order granting relief from stay is entered for the sole purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that Movant shall not obtain *in personam* relief against the debtor.

4. That Movant be awarded reasonable attorney's fees, in the amount of $626.00, for prosecuting this motion.

5. The Movant made sufficient allegations and a request in the Motion for Relief from Stay to waive the 14 day stay requirement of Bankruptcy Rule 4001(a)(3). No objection being raised, the automatic stay shall be lifted immediately upon execution of this order.

6. That Movant may send communication to the Debtor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout and may enter into such agreement with Debtor without violating any Discharge Order.

7. This Order will survive any conversion in the instant case.

**Attorney Evan S. Singer is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**

Order prepared by:
Evan S. Singer, Esq.
Timothy D. Padgett, P.A.
ess@padgettlaw.net