| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:16-bk-01503-CPM<br>Middle District of Florida<br>Tampa<br>Tue May  9 14:41:20 EDT 2017 | BK Global Real Estate Services<br>I/C/O Stephanie Givens<br>2000 E Lamar Blvd, Ste 155<br>Arlington, TX 76006-7337 | Ditech Financial LLC<br>Timothy D. Padgett, P.A.<br>C/O Evan S. Singer, Esq.<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312-3858 |
| Future Home Realty<br>13029 W. Linebaugh Ave,<br>Ste 101<br>Tampa, FL 33626-4478 | Cheryl M. Kolkowski<br>4228 Tarkington Road<br>Land O Lakes, FL 34639-6429 | ADT Security<br>3190 S Vaughn Way<br>Suite 150<br>Aurora CO 80014-3537 |
| Allied Interstate<br>7525 W Campus Road<br>New Albany OH 43054-1121 | Allied Interstate<br>PO Box 361596<br>Columbus OH 43236-1596 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 |
| Bank of America<br>1800 Tapo Canyon Road<br>Simi Valley CA 93063-6712 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Capital One Bank<br>Po Box 71083<br>Charlotte NC 28272-1083 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Citi<br>PO Box 790040<br>Saint Louis MO 63179-0040 | Citibank<br>PO Box 183173<br>Columbus OH 43218-3173 |
| Commonwealth Financial<br>245 Main St<br>Dickson City PA 18519-1641 | Credit One Bank Na<br>Po Box 98875<br>Las Vegas NV 89193-8875 | Ditech Financial LLC<br>1555 W. Walnut Hill Lane<br>Mail Stop IASC-056<br>Irving TX 75038-3702 |
| Ditech Financial LLC<br>7360 S. Kyrene Road<br>Tempe AZ 85283-8432 | Ditech Financial LLC<br>Evan S. Singer<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312-3858 | Ditech Financial LLC<br>P.O. Box 6172<br>Rapid City SD 57709-6172 |
| EOS CCA<br>PO Box 981025<br>Boston MA 02298-1025 | Frederick J. Hanna & Assoc<br>7901 SW 6th Court<br>Suite 310<br>Fort Lauderdale FL 33324-3283 | GE Capital Retail Bank<br>PO Box 965004<br>Orlando FL 32896-5004 |
| Harvard Collection<br>4839 N Elston Ave<br>Chicago IL 60630-2589 | Hayt Hayt & Landau PL<br>7765 SW 87 Avenue<br>Suite 101<br>Miami FL 33173-2535 | Hyundai Capital Americ<br>10550 Talbert Ave<br>Fountain Valley CA 92708-6032 |
| Midland Credit Management<br>PO Box 60578<br>Los Angeles CA 90060-0578 | Midland Credit Management<br>PO Box 939069<br>San Diego CA 92193-9069 | Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego CA 92108-2709 |

```
Midland Funding LLC                 Midland Funding, LLC              Portfolio Recovery Ass
2365 Northside Drive, Suite         P.O. Box 2011                     120 Corporate Blvd Ste 1
San Diego CA 92108-2709             Warren, MI 48090-2011             Norfolk VA 23502-4952


(p)PORTFOLIO RECOVERY ASSOCIATES LLC   QualityDriveEmergencyPhys      Santander Consumer Usa
PO BOX 41067                           PO Box 37708                   Po Box 961245
NORFOLK VA 23541-1067                  Philadelphia PA 19101-5008     Ft Worth TX 76161-0244


Spring Hill Regional Hosp           (p)SPRINT NEXTEL CORRESPONDENCE   Syncb/Amazon
PO Box 405991                       ATTN BANKRUPTCY DEPT              Po Box 965015
Atlanta GA 30384-5991               PO BOX 7949                       Orlando FL 32896-5015
                                    OVERLAND PARK KS 66207-0949


Syncb/Care Credit                   Syncb/Jcp                         Syncb/Walmar
950 Forrer Blvd                     Po Box 965007                     Po Box 965024
Kettering OH 45420-1469             Orlando FL 32896-5007             El Paso TX 79998


(p)C O AMERICAN INFOSOURCE LP       Traci K. Stevenson +              Traci K. Stevenson, Attorney for Trustee +
4515 N SANTA FE AVE                 P O Box 86690                     P O Box 86690
OKLAHOMA CITY OK 73118-7901         Madeira Beach, FL 33738-6690      Madeira Beach, FL 33738-6690


United States Trustee - TPA7/13 +   Sandra H Day +                    Evan S Singer +
Timberlake Annex, Suite 1200        The Day Law Office                Timothy D Padgett PA
501 E Polk Street                   PO Box 5535                       6267 Old Water Oak Road
Tampa, FL 33602-3949                Spring Hill, FL 34611-5535        Suite 203
                                                                      Tallahassee, FL 32312-3858


Note: Entries with a '+' at the end of the
name have an email address on file in CMECF




            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bk Of Amer                          Capital One Bank Usa N            Portfolio Recovery Associates, LLC
Po Box 982235                       15000 Capital One Dr              POB 41067
El Paso TX 79998                    Richmond VA 23238                 Norfolk VA 23541


Sprint                              (d)Sprint Corp.                   T-Mobile
PO Box 54977                        Attn Bankruptcy Dept              P.O. Box 790047
Los Angeles CA 90017                PO Box 7949                       Saint Louis MO 63179-0047
                                    Overland Park KS 66207-0949
```

```
(d)T-Mobile
PO bOx 53410
Bellevue WA 98015-3410
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Catherine Peek McEwen            (d)Allied Interstate Llc            End of Label Matrix
Tampa                               7525 W Campus Rd                    Mailable recipients   48
                                    New Albany OH 43054-1121            Bypassed recipients    2
                                                                        Total                 50
```